GUY SANDERS V. THE STATE.

No. 9833.  Delivered February 3, 1926.

**Failure to Stop and Render Aid—No Statement of Facts—No Bills of Exception.**

This record is before us without statement of facts, or bills of exception, and no fundamental error appearing the judgment is affirmed.

Appeal from the District Court of Taylor County. Tried before the Hon. W. R. Ely, Judge.

Appeal from a conviction for the failure to stop and render aid after an automobile collision, penalty thirty days in jail and a fine of $100.00.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for failure to stop an automobile operated by him and render aid to a party injured in a collision, the punishment being assessed at 30 days' confinement in the county jail and a fine of $100.00.

No statement of facts nor bills of exception appear in the record. In this condition nothing is presented to this court for review and the judgment is affirmed.

*Affirmed.*